# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

GONZALO GOMEZ,                          )
               Plaintiff,          )    Case No.: 2:21-cv-01421-GMN-EJY
    vs.                                     )
                        )   **ORDER OF DISMISSAL PURSUANT**
OFFICE DEPOT,                           )   **TO RULE 4(m) OF THE FEDERAL**
                        )     **RULES OF CIVIL PROCEDURE**
           Defendant.          )

On August 13, 2021, Plaintiff Gonzalo Gomez ("Plaintiff") filed a Complaint against Defendant Office Depot ("Defendant"). (*See* Compl., ECF No. 4). On November 29, 2021, the Court warned Plaintiff that if he did not properly serve Defendant by December 29, 2021, the Court would enter an Order of Dismissal pursuant to Federal Rule of Civil Procedure 4(m). (*See* Notice, ECF No. 6). The deadline has now passed, no proper proof of service has been filed, and Plaintiff has failed to show good cause as to why the Court should not dismiss this action without prejudice for failure to effect timely service.

**IT IS THEREFORE ORDERED** that the action is hereby **DISMISSED without prejudice** as to Defendant Office Depot.

**DATED** this ___20___ day of January, 2022.

_____
Gloria M. Navarro, District Judge
United States District Court

Page 1 of 1